UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 16, 2022      Judge: Hon. James Donato

Time: 20 Minutes

Case No.   **3:22-cv-02725-JD**
Case Name   **Tesla, Inc. v. Alexander Yatskov**

Attorney(s) for Plaintiff(s):   Joseph Alm/Charles Graves
Attorney(s) for Defendant(s):   John Kirke/Katharine Malone

Court Reporter: Ruth Levine

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

For Tesla, Inc.'s application for a temporary restraining order, Dkt. No. 5, the parties agree that: (1) they will select a third-party forensic expert by May 20, 2022, and counsel for Yatskov will deliver the Dell laptop to the expert; and (2) they will promptly schedule a deposition of Yatskov by Tesla, and a deposition of Aydin Nabovati by Yatskov, that focus on the trade secrets allegations in the TRO application and the complaint, Dkt. No. 1.

Yatskov may not copy, transfer, modify, or edit in any way any electronic file in any format that contains information he obtained during his employment with Tesla.

A status conference is set for June 2, 2022, at 10:00 a.m. Pending further order, the TRO application is in abeyance. The Court also reserves any questions about the plausibility of the claims in the complaint, or the adequacy of Tesla's trade secrets allegations.