# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 2, 2022             Judge: Hon. James Donato

Time: 12 Minutes

Case No.     **3:22-cv-02725-JD**
Case Name    **Tesla, Inc. v. Yatskov**

Attorney(s) for Plaintiff(s):    Jordan Jaffe/Joseph Lam
Attorney(s) for Defendant(s):    John Kirke/Katherine Malone/Hayley Lenahan

Court Reporter: Ruth Levine

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

Yastkov is directed to produce to Tesla by June 10, 2022, all emails he sent from Tesla to a personal device.